# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2012

144491

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 144491
COA: 299493
Jackson CC: 08-004955-FH

JUSTIN LEE FILE,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARILYN KELLY, J. (*dissenting*).

I dissent from the Court's order denying defendant's application for leave to appeal. I would grant the application because I believe that defendant has raised a meritorious issue. He argues that he asserted his right to counsel when he stated, "I want to talk to a lawyer because I'm not sure, I love [my girlfriend] and I don't want her in trouble." At that point, defendant argues that his interrogation by the police should have stopped.[1]

---

[1] *Edwards v Arizona*, 451 US 477, 482 (1981).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2012

_____
Clerk

s0612